1  LAQUER, URBAN, CLIFFORD & HODGE LLP
   Matthew T. Bechtel, State Bar No. 260450
2  225 South Lake Avenue, Suite 200
3  Pasadena, California 91101-3030
   Telephone: (626) 449-1882
4  Facsimile: (626) 449-1958
   Email: Bechtel@luch.com
5
   Counsel for Plaintiffs, Trustees of the Operating
6  Engineers Pension Trust, et al.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>          Plaintiffs,<br><br>     v.<br><br>GRAND PACIFIC CONTACTORS, INC., a California corporation,<br><br>          Defendant. | CASE NO.: 09-07500 MMM (DTBx)<br><br>**JUDGMENT** |

23

24  ///
25  ///
26  ///
27  ///
28  ///

1

1  The Court having considered and approved the stipulation for entry of judgment
2  submitted by and between defendant Grand Pacific Contractors, Inc., and plaintiffs
3  Trustees of the Operating Engineers Pension Trust, Trustees of the Operating
4  Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-
5  Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust, and
6  for good cause shown,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

   1.   Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust shall recover from defendant Grand Pacific Contractors, Inc. the principal amount of $50,719.46, plus pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum from February 15, 2010, until paid in full.

DATED: _____        *Margaret M. Morrow*
                             _____
                             UNITED STATES DISTRICT JUDGE